**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jose CAMACHO–JIMENEZ,
Defendant—Appellant.**

No. 08–50381.

United States Court of Appeals,
Ninth Circuit.

Submitted May 12, 2009.*

Filed May 21, 2009.

---

Peter Jordan Mazza, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Siri Shetty, Law Office of Siri Shetty, San Diego, CA, for Defendant–Appellant.

Before: PREGERSON, CANBY, and BERZON, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Jose Camacho–Jimenez appeals from the 77–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm, but remand to correct the judgment.

Camacho–Jimenez contends the district court procedurally erred at sentencing by failing to consider all of the factors set forth in 18 U.S.C. § 3553(a), failing to make an individualized determination based on the facts, and placing undue weight on his criminal history. Camacho–Jimenez contends that the resulting sentence is substantively unreasonable. We conclude that the district court did not procedurally err and that the bottom-of-the-Guidelines range sentence is substantively reasonable. *See Gall v. United States*, 552 U.S. 38, 128 S.Ct. 586, 600–02, 169 L.Ed.2d 445 (2007); *United States v. Carty*, 520 F.3d 984, 991–93 (9th Cir.2008) (en banc); *see also United States v. Rodriguez–Rodriguez*, 441 F.3d 767, 770–71 (9th Cir.2006).

As Camacho–Jimenez concedes, his contention that the statutory maximum under 8 U.S.C. § 1326 is two years of imprisonment and one year of supervised release is foreclosed. *See United States v. Covian–Sandoval*, 462 F.3d 1090, 1096–97 (9th Cir. 2006).

In accordance with *United States v. Rivera–Sanchez*, 222 F.3d 1057, 1062–63 (9th Cir.2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to 8 U.S.C. § 1326(b). *See United States*

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir.2000) (remanding sua sponte to delete the reference to § 1326(b)(2)).

**AFFIRMED; REMANDED to correct the judgment.**